# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BRADFORD ALLEN MITCHELL | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10- 10-3081M |

Complaint for violation of Title 18, United States Code, § 2251(a)

| NAME OF MAGISTRATE JUDGE<br>HON. FREDERICK F. MUMM | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br>September 21, 2009 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Between on or about September 21, 2009, and or about November 1, 2009, in Los Angeles County, within the Central District of California and elsewhere, defendant BRADFORD ALLEN MITCHELL knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe, a minor girl, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and defendant knew and had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate and foreign commerce, and such visual depiction had actually been transported or transmitted using any means or facility of interstate and foreign commerce.

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT /S/<br>BRADLEY J. PETERSON |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - FBI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>Frederick F. Mumm | DATE<br>December 17, 2010 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: Patricia A. Donahue:as          REC: Detention

AFFIDAVIT

I, Bradley J. Peterson, being duly sworn, do hereby depose and state:

I.  INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for five years. I am currently assigned to the Santa Maria Resident Agency of the Los Angeles Division of the FBI as a Cyber agent. One of my primary responsibilities is to investigate online child exploitation crimes. Prior to this assignment, I was part of a Cyber Crimes Task Force with the Kansas City Division where I focused on similar crimes.

a. While employed with the FBI, I have investigated various violations of federal law, including several matters involving the online sexual exploitation of children.

b. I have gained experience in such investigations through multiple hours of formal training and on-the-job training. This training included instruction regarding the behavioral characteristics of child sex offenders, including child pornographers and adults who use the Internet to entice minors to engage in sexual activity.

2. This affidavit is made in support of an arrest warrant and complaint for BRADFORD ALLEN MITCHELL for a violation of Title 18, United States Code, Section 2251(a), which prohibits

1

the employment, use, persuasion, enticement, or coercion of a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if the defendant knew or had reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, if the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed;

3. This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

4. On December 9, 2009, FBI SA Brian Abellera was notified by SLOPD Lieutenant Tom Deprest that a 16-year-old female (identified herein as "Jane Doe") was reported missing by her mother on December 7, 2009. Deprest notified SA Abellera that through the course of SLOPD's investigation, Officer Trevor Shalhoob ("Shalhoob") of SLOPD was notified by Jane Doe's mother

that Jane Doe had been making several calls to phone numbers in Michigan. Furthermore, Jane Doe's mother stated that Jane Doe was infatuated with a male named "Brad MITCHELL". Jane Doe's friends also confirmed to Shalhoob that Jane Doe had a 52-year-old boyfriend in Michigan named "Brad MITCHELL". Jane Doe's friends confirmed to Shalhoob that Jane Doe performed sexual acts on a web camera for MITCHELL to include removal of clothing, exposing her genitals, and masturbation at MITCHELL's request.

    5. Shalhoob informed SA Abellera that he obtained consent from Jane Doe's mother to seize the computer that Jane Doe used for correspondence with MITCHELL as well as consent to search its contents. SLOPD's examination of the aforementioned computer revealed an Amtrak-sent travel itinerary that had been sent to mr_b_mitchell2000@yahoo.com to include billing information for "Bradford Mitchell," at an address in Niles, Michigan. SLOPD's analysis of the computer used by Jane Doe further indicated that MITCHELL had forwarded the itinerary to Jane Doe as a notification of his time and date of arrival. In addition, SLOPD identified multiple nude and partially clothed digital photographs of Jane Doe with the word "Brad" on her abdomen in black marker. Chat logs were identified on the computer between MITCHELL and Jane Doe stating, "hahha ur daughter found out im 16 rofl".

    6. Officer Chad Pfarr ("Pfarr") of SLOPD informed SA

Abellera that he called the Michigan phone number listed on Jane Doe's mother's phone bill which was answered by Tressa MITCHELL ("Tressa"). Tressa informed Pfarr that she was MITCHELL's daughter and that she was aware of a relationship between MITCHELL and Jane Doe. When Pfarr asked if Tressa was aware of Jane Doe's age, Tressa responded "16 years old, the whole family knows and we've all talked to him about how disgusting it is".

7. Deprest informed SA Abellera that on December 9, 2009, Pismo Beach Police Department ("PBPD") detained MITCHELL and Jane Doe along Shell Beach Drive in Shell Beach near the Cliffs Hotel. PBPD Officer Sailors stated that MITCHELL and Jane Doe appeared nervous and when asked if they were related, Jane Doe stated "yes" while MITCHELL stated "no". MITCHELL was arrested under 272(a)(1) PC - contributing to the delinquency of a minor while Jane Doe was arrested for providing false information to a police officer.

8. On December 9, 2009 at 1230 hours, SA Abellera, along with Pfarr conducted an interview with MITCHELL at SLOPD. Pfarr asked MITCHELL if he knew his rights and he replied "Yes, I do." Pfarr then asked MITCHELL to state his rights when MITCHELL stated he did not remember all of them as he was too tired. Pfarr then stated the Miranda rights to MITCHELL, asked MITCHELL if he understood, and MITCHELL advised that he understood.

9. MITCHELL told Pfarr and SA Abellera that he

4

initially met Jane Doe in a virtual world called "There.com" several months prior. MITCHELL described There.com as a virtual world where the user can create a character, which MITCHELL described as an "avatar" and converse with other members through keyboard chat and through your character using computer microphones. MITCHELL explained that he met Jane Doe when he could hear her avatar screaming at another person through the There.com application. MITCHELL stated that his relationship with Jane Doe was akin to a "father and daughter relationship". MITCHELL stated that he had viewed several youtube.com videos of Jane Doe and their relationship eventually became romantic.

10. When Pfarr and SA Abellera asked MITCHELL if he knew the age of Jane Doe, he stated "Yes" and affirmed multiple times that he knew she was 16 years old and that her 17th birthday would be in December 2009. MITCHELL further stated that he wanted to marry Jane Doe when she turned 18 years old.

11. In addition to communicating through There.com, MITCHELL said he communicated with Jane Doe via online chats and the telephone.

12. MITCHELL told SA Abellera that he had requested Jane Doe to provide him with naked images and videos of Jane Doe. MITCHELL stated that he would refer to Jane Doe's breasts as "the twins" and would tell Jane Doe "I miss my twins". MITCHELL wanted to make Jane Doe feel beautiful because she was self

conscious about her body and her scars. MITCHELL stated that Jane Doe felt embarrassed by her sores and that he asked Jane Doe to show them to him. He explained that Jane Doe had to undress herself to reveal the sores to MITCHELL. MITCHELL stated he asked Jane Doe to perform sexually explicit acts for him via web cam. MITCHELL also stated that the pictures sent to him by Jane Doe at his request included nude ones of her that displayed her genitals.

13. When SA Abellera interviewed Jane Doe on December 11, 2009, she confirmed that she provided naked images and videos to MITCHELL at his request. Jane Doe stated that MITCHELL would nicely request to see her naked and touch herself. Jane Doe stated that MITCHELL would ask her to spread her legs and digitally penetrate and touch her genital area. Jane Doe stated that she would touch herself approximately five minutes at a time at MITCHELL's request through the web camera. Jane Doe estimated that she provided MITCHELL with naked video of herself at least 10 times and touched her genitals per MITCHELL's request approximately four times. In addition, Jane Doe stated that she would have phone sex conversations with MITCHELL where MITCHELL would ask her to take off her clothes, spread her legs, and digitally penetrate and touch herself. Jane Doe stated that she would pretend to take off her clothes and touch herself and rarely did everything that MITCHELL requested on the phone

because she was tired or her dog was sitting on her.

14. MITCHELL stated that he would not be surprised if photos and videos of underage females were present on the same computer that he used to correspond with Jane Doe in Niles, Michigan. Pfarr also informed SA Abellera that MITCHELL also stated that he was also involved with another female that was underage in New York.

15. MITCHELL stated multiple times on December 9, 2009 to SA Abellera and Pfarr that he did not have any physical contact with Jane Doe aside from kissing her on the lips and neck. MITCHELL stated that he was impotent and incapable of having sex with Jane Doe. MITCHELL submitted to a SART exam completed by the SLOPD.

16. On December 9, 2009, Jane Doe stated to Shalhoob that she and MITCHELL had sexual intercourse and engaged in oral copulation at the Motel 8 in San Luis Obispo on December 7, 2009.

17. On December 10, 2009, Deprest notified SA Abellera that Pfarr interviewed MITCHELL again on December 10, 2009 where MITCHELL admitted to Pfarr that he had sexual intercourse with Jane Doe.

18. On December 11, 2009, SA Abellera and Shalhoob interviewed Jane Doe at 0730 hours. Jane Doe stated that she had sexual intercourse with MITCHELL three times at the Motel 8 in San Luis Obispo on December 7, 2009 in addition to one instance

of oral copulation. Jane Doe stated that MITCHELL did not use a condom and that she believed that MITCHELL ejaculated inside of her. Jane Doe also stated that MITCHELL attempted to have sexual intercourse with her on December 8, 2009 on a hill outside on Avila Beach, California but stated that it was too cold for MITCHELL to obtain an erection. Jane Doe stated that she and MITCHELL were planning on having sexual intercourse upon MITCHELL's arrival to San Luis Obispo and that they would talk about it on chat and web video prior to MITCHELL's arrival. Jane Doe stated that she would not be surprised if MITCHELL was involved in the past or currently with other underage females and was aware that MITCHELL dated an underage girl online via There.com from Newark, New Jersey.

19. SA Abellera read a photocopy of a handwritten journal provided to him by Pfarr which he described as a diary written by Jane Doe for MITCHELL. The journal had a section that had handwritten notes saying "brads home: 269-262-0113", "brads cell: 574-323-5138", and "to: brad, I love you! This notebook is 4 you! With all my love notes". Jane Doe addresses MITCHELL as "papa" and "sexy papa". Jane Doe also writes in an entry dated "11-15-09 3:36pm" that she is "always thinking about Dec 16, 2010". In a journal entry dated "6:41pm 11-17-09", Jane Doe wrote, "I promise to let you fuck me when ever you want" and "I promise to do whatever you want me to do even if I don't want to

8

do it." In a journal entry dated "11-24-09", Jane Doe writes "9 days till I see you". In an undated entry, Jane Doe writes "omfg 4 more days babe. I can't wait, Damn we are gonna fuck like jack rabits". In another undated entry, Jane Doe writes "Just think if I never went on There.com I would of never met you.", "you helped me love my body. I use to hate it I would cover it up all the time. I would never look in the mirror cuz I hated how I looked. Now I love everything about me. You were the only man that got me to take my sunglasses off."

20. On approximately January 8, 2010, the FBI received records from Makena Technologies (MT), which operates the website There.com, in response to a subpoena which had been served on them. The records indicated that the There.com user name brad22 was associated with Brad Mitchell in Niles, Michigan.

21. I have reviewed materials received from There.com in response to a subpoena and have learned that MITCHELL'S subscription to There.com began in or about August 2007.

22. On 12/10/2010, SLOPD contacted the Niles City Police Department (NPD) to ask their assistance in trying to obtain consent from Tressa to search her residence for digital media used by her father, MITCHELL. Later that same day, NPD contacted Tressa at said residence where she and Brian Mitchell signed a consent to search form. Per consent, the following items were taken but not searched:

9

a. One desktop computer model 5WV252 serial number 1X09FPPTK1NZ;

b. One Western Digital Hard drive serial number WMA8E6242378; and

c. One Seagate hard drive, serial number 3BFOJ27Z.

23. These items were seized and not searched.

24. As a NPD officer was leaving the residence, he observed a few other computers in another area and was not sure whether he should take so did not. After advising SLOPD about these other computers, it was requested that he go back and try to obtain them too. When he returned to the residence, no one was home so it was decided to apply for a search warrant.

25. On 12/10/2010, SLOPD provided NPD the factual information necessary for the an affidavit in support of a search warrant for the residence located at 680 Platt Street Apartment 121, Niles, Michigan. The Fifth District Court for the State of Michigan approved the search warrant on 12/10/2010 and it was executed that same day by NPD and assisted by the FBI. The following items were seized but not searched:

a. One Compaq Presario computer, serial number 3D96CLX45517;

b. One Compaq Presario computer model 5150 serial number 1X8BBX3843T3; and

    c. 1 Canon Flash card 16 MB taken from camera found in the home.

  26. NPD sent all of the items obtained via consent and the search warrant to SLOPD.

  27. On January 6, 2010, I received said items from SLOPD.

  28. On January 26, 2010, an FBI agent interviewed Tressa who advised the following:

    a. Her father (MITCHELL) had been living at her residence in Niles, Michigan, on occasions since her parents' divorce in the summer of 2009. While he was there, he spent the majority of his time on the Internet. He averaged about six to eight hours a day online. Tressa often saw her father frequent the website There.com.

    b. Tressa was aware of MITCHELL's relationship with victim because she always called their home. Tressa has even spoken to victim on the telephone about the relationship and was concerned about it. On one occasion, victim told Tressa she and MITCHELL were going to get married when she turned of legal age.

    c. Tressa saw that MITCHELL had a picture of victim which portrayed victim in a low cut black tank top in which "Brad Mitchell" was written across her chest.

  29. On or about February 3, 2010, in San Luis Obispo

11

many of them duplicates.

   c. Photographs of Jane Doe with her bare breasts exposed.

   d. Three images, each a close-up of a vagina, and in two the female is spreading the vagina lips a little bit. These images were stored in the same folder on the seized computer media as several images of Jane Doe and contain creation dates of November 1, 2009.

   e. Images of Jane Doe without pants or underwear with her legs spread exposing her bare vagina, and in some images using her fingers to spread the vagina lips a little bit. These images were stored in the same folder on the seized computer media as several images of Jane Doe and contain creation dates of September 21, 2009, and October, 2009.

32. Based on the foregoing, including the fact that lascivious exhibitions of the genitalia of Jane Doe, a minor located in California, were found on the computer media of MITCHELL located in Michigan, I believe that there is probable cause to believe that BRADFORD ALLEN MITCHELL violated Title 18, United States Code, Section 2251(a).

/s/
_____
BRADLEY J. PETERSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this  17  day of December, 2010.

Frederick F. Mumm
_____
FREDERICK F. MUMM
United States Magistrate Judge

14