*pro per proper*

FILED
2011 JAN 14 PM 12:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. BRADFORD ALLEN MITCHELL DEFENDANT(S). | CASE NUMBER: 10-3081 M  REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 1/14/2011,  ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   Title 18 USC 2251 - Production of Child Pornography
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1957
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A)
10. Name of Pretrial Services Officer: Cameron Pitcher
11. Remarks (if any): _____
12. Date: 1/14/2011
13. Signature: ~~Klaus Franzke~~ [signature]
14. Name: ~~KLAUS FRANZKE~~ CHAD HOFFMAN
15. Title: Special Agent

CR-64 (01/09)   REPORT COMMENCING CRIMINAL ACTION