FILED

2011 JAN 27  PM 3: 26

CLERK, . . . . ICT COURT
CENT  . . . ST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2010 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | CR No. 1~~CR 11 00077~~ |
| Plaintiff, | ) ) | I N D I C T M E N T |
| v. | ) ) | [18 U.S.C. § 2251(a): Production of Child |
| BRADFORD ALLEN MITCHELL, | ) ) | Pornography; 18 U.S.C. § 2422(b): Use of Facility of |
| Defendant. | ) ) | Interstate Commerce to Induce Minor to Engage In Criminal |
| | ) | Sexual Activity] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2251(a)]

Beginning in or about September 2009, and continuing to on

or about December 9, 2009, in San Luis Obispo County, within the

Central District of California, and elsewhere, defendant BRADFORD

ALLEN MITCHELL ("MITCHELL") knowingly employed, used, persuaded,

induced, enticed, and coerced Jane Doe, a 16-year-old minor girl,

to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, and for the purpose

1 of transmitting a live visual depiction of such conduct, and

2 defendant MITCHELL knew and had reason to know that such visual

3 depiction would be transported or transmitted using any means or

4 facility of interstate or foreign commerce and in or affecting

5 interstate or foreign commerce, and such visual depiction had

6 actually been transported or transmitted using any means or

7 facility of interstate or foreign commerce and in or affecting

8 interstate or foreign commerce.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning in or about September 2009, and continuing to on or about December 9, 2009, in San Luis Obispo County, within the Central District of California, and elsewhere, defendant BRADFORD ALLEN MITCHELL ("MITCHELL") used facilities and means of interstate or foreign commerce, namely the Internet and the telephone, to knowingly persuade, induce, entice, and coerce Jane Doe, a 16-year-old minor girl, to engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual intercourse with a minor more than three years younger than defendant MITCHELL, in violation of California Penal Code Section 261.5(C), and oral copulation of a minor, in violation of California Penal Code Section 288A(B)(1).

A TRUE BILL

_____/S/_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KAREN I. MEYER
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

PATRICIA A. DONAHUE
Assistant United States Attorney
Public Corruption and Civil Rights Section