# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED

CR 11 00077

### CASE SUMMARY

2011 JAN 27 PM 3: 27

| | |
|---|---|
| Case Number _____ | Defendant Number 1 |
| U.S.A. v. Bradford Allen Mitchell | Year of Birth 1957 |
| ☑ Indictment   ☐ Information | Investigative agency (FBI, DEA, etc.) FBI |

**NOTE:  All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense September - December 9, 2009
c. County in which first offense occurred
   San Luis Obispo
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☐ Orange             ☐ Santa Barbara
   ☐ Riverside          ☑ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____
Citation of offense _____
_____

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes

   IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____
_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 12.17.2010
   Case Number 10-3081
   Charging 18 USC 2251(a)
_____
The complaint:   ☑ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?  ☐ Yes        ☐ No**

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes         ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes        ☑ No
IF YES, list language and/or dialect:
_____

CR-72 (10/08)                    **CASE SUMMARY**                    Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

☑ Male                          ☐ Female

☑ U.S. Citizen                  ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:   ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?            ☐ Yes      ☑ No

IF YES, should matter be sealed?    ☐ Yes      ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption

☐ government fraud                 ☐ tax offenses

☐ environmental issues             ☐ mail/wire fraud

☐ narcotics offenses               ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other: child sexual exploitation _____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?        ☐ Yes      ☐ No

d. Is a Fugitive           ☐ Yes      ☐ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.      ☐ Yes      ☐ No

Defendant is **in** custody:

a. Place of incarceration:  ☐ State    ☑ Federal

b. Name of Institution: _____

c. If Federal:  U.S. Marshal's Registration Number:

   _____

d. ☑ Solely on this charge.  Date and time of arrest: 1.14.2011

e. On another conviction:  ☐ Yes      ☑ No
   IF YES ☐ State      ☐ Federal      ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes      ☑ No
   IF YES ☐ State      ☐ Federal      AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date January 26, 2011 _____

_Signature of Assistant U.S. Attorney_

Patricia A. Donahue

_Print Name_