FILED

2011 AUG 29 PM 3:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 11-77(A)-GAF |
| Plaintiff, ) | |
| ) | **F I R S T** |
| v. ) | **S U P E R S E D I N G** |
| ) | **I N F O R M A T I O N** |
| BRADFORD ALLEN MITCHELL, ) | [18 U.S.C. §§ 2252A(a)(2), |
| ) | (b)(1): Receipt of Child |
| Defendant. ) | Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(2), (b)(1)]

Beginning on a date unknown and continuing to on or about December 7, 2009, in San Luis Obispo County, within the Central District of California, in Berrien County, within the Western District of Michigan, and elsewhere, defendant BRADFORD ALLEN MITCHELL knowingly received at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce

TM: VOCS

and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

ANDRÉ BIROTTE JR.
United States Attorney

/s/ *signature*, Chief AUSA

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section


JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section


TERRENCE P. MANN
Assistant United States Attorney
Violent & Organized Crime Section