UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED

CASE SUMMARY

Case Number CR No. 11-77-GAF Defendant Number 1
U.S.A. v. BRADFORD ALLEN MITCHELL Year of Birth 1957

2011 AUG 29 PM 3:54

☐ Indictment ☑ Information Investigative agency (FBI, DEA, etc.) FBI

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

BY ______

**OFFENSE/VENUE**

a. Offense charged as a:
☐ Misdemeanor ☐ Minor Offense ☑ Felony
☐ Petty Offense ☐ Class B Misdemeanor

b. Date of offense Date unkown to December 7, 2009

c. County in which first offense occurred
Los Angeles County

d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY
☑ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☐ San Bernardino ☑ Other Berrien County, MI

Citation of offense 18 U.S.C. 2252A(a)(2), (b)(1)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☑ No ☐ Yes

IF YES Case Number ______

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: December 17, 2010
Case Number 10-3081M
Charging 18 U.S.C. 2251(a): Production of Child Pornography

The complaint: ☑ is still pending
☐ was dismissed on: N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes* ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT ?** ☐ Yes ☑ No

This is the 1st superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
January 27, 2011
Case Number CR 11-77-GAF

The superseded case:
☑ is still pending before Judge/Magistrate Judge
Honorable Gary A. Feess
☐ was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
☐ Yes* ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes ☑ No
IF YES, list language and/or dialect:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s) ____________________

This defendant is charged in: ☑ All counts
☐ Only counts: ____________________

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☐ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☑ Other: child exploitation crime

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district: N/A
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☐ Yes ☐ No

Defendant is **in** custody:

a. Place of incarceration: ☐ State ☑ Federal
b. Name of Institution: San Bernardino
c. If Federal: U.S. Marshal's Registration Number: 06153-040
d. ☑ Solely on this charge. Date and time of arrest: January 14, 2011
e. On another conviction: ☐ Yes ☑ No
IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
IF YES ☐ State ☐ Federal AND
Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: ____________________

Date August 29, 2011

[signature]
*Signature of Assistant U.S. Attorney*

Terrence P. Mann
*Print Name*