# LETTERS

From: Jason Mitchell <jasons311980@hotmail.com>
Date: November 29, 2011 7:52:42 PM PST
To: <kelly_wellman@fd.org>
Subject: Great Father!

To whom this may concern:

Hello my name is Jason L Mitchell the 2nd oldest of 5. A good father makes all the difference in a child's life. He's a pillar of strength, support and discipline. His work is endless and, oftentimes, thankless. But in the end, it shows in the sound, well-adjusted children he raises. When I look at my siblings all though we are not perfect I see all of the great things that our father instilled in all of us! my father was a great disciplinarian and he did not let us get away with murder so to speak, he strongly disapproved of our misdeeds and did so with his words that now are becoming a heirloom! we were expected to do chores and were raised that those things were to be done to help the family! we were rewarded for going above and beyond!  Growing up my father was the guy that could fix and do anything  I remember several times my father would have a pocket full of cash and he would stop and donate hundreds of dollars out of the blue to make a wish foundation and several others. we didn't know what to think and neither did the kids from the neighborhood that were with us !and even up to my last days with him as a young man well he was still that guy who fixed everything and taught me to give. He was as much as involved with us during high school as work would allow and I am thankful that he worked as hard as he did. and I remember seeing my dad cheer us on at Tykwando classes or yelling during games rather they be football basketball etc..... It was only after dad was electrocuted that we noticed his demeanor change some days bad and most days good he just wasn't ever really the same that put a lot of pressure on my parents marriage but they pulled through and for us life was good.

It was around 04/20/2002 our family live in Galien Michigan and things were wonderful. my fathers business was going well and my mother was in great health, soon things would change, my grandpa Baxter, my mothers fathers became ill and my dad decided to bring grandpa to live in Galien with us and he did so for quit some time but dad said grandpa wasnt happy there so we packed up and moved to grandpas house. my dad is such a great man, he did this for my mother and us and grandpa. he did not want to see us go through what we did with grandma and new that grandpa would live much longer if he were happy! not long after my mother became very ill and most of the older children have moved out and were living

there adult lives. so my father was there taking care of my little brother of 4 or 5 years of age my very ill mother and my sick grandpa both of which were bed ridden. I couldn't imagine the stress he was under at that time! the health of my mother and grandpa declined at a rapped pace and both were hospitalized. my mother being a hour away and no one from grandpas a mediate family stepping up to help with grandpa back home! dad had to delegate my little brother and school, making it up to Kalamazoo for my mother and make sure grandpa was doing OK. I am not sure how this man did it but he made it happen! soon we would learn that grandpa wasn't going to make it and they said mother wasn't going to either and wanted to put both in some type of "lets call it spend the rest of your days home"which was far from home but my amazing father said "no that if they were going to (go )they would do it at home together, happy!

With that decision they both pulled through. I am sure that put some ease on my fathers mind but I know it just took so much out of him, not to long after my mother and fathers marriage would be tested again after 35 long years and my mother had decided that she just didn't want to continue the relationship any longer and soon found another companion and divorced my father.  dad was now loosing his wife custody possibly of his beat friends and buddy not to mention the home he had worked effortlessly on for the family! in hid depression I believe that my father was searching looking for any way out of this horrible dream and found a reality world on the internet called there. where he could be anyone and fix anything again! Dad was the worlds greatest dad again and he loved it! while in this world he met a number of people all racis, ages and from different parts of the world! but it wasn't until he met a rose that he went to far and did something that none of his children condone. I personally think he was trying to run from everyone he thought he failed and tried to replace my mother with any rose! I plead with the court to please help us bring our father home. I would like to see my father serve out his sentence and prolled to Michigan where he can see all that this mistake has caused him to miss. marriages,grandchildren, graduations and people aging! I personally believe this will assure he will never commit any other crime!

The Mitchell family would also like to apologize to whom the crime was committed on and the family. we do not condone this behavior. You have our deepest apologies  and hope that your family is able to move forward and live wonderful lives. in addition we plan to help my father upon his release join programs and any other help available to insure that this never happens again.

From:      Tressa Benner <tressabenner@live.com>
To:        <kelly_wellman@fd.org>
Date:      11/28/2011 07:33 PM
Subject:   Letter to Judge

To whom this may concern:

Dear Judge,

I would like to first and foremost like to explain whom I am. I am Tressa Benner, Bradford Allen Mitchell's daughter. I have been involved in my Father's life for now 26 1/2 years. In no way shape or form have I ever thought this to be REAL as in his action that made him to get where he is now. Never in my childhood/ adulthood have I ever thought this would come up. My Father is a very caring, loving, understanding, intelligent and exquisite person. I was my dads pride and joy, only girl out of 5 boys. He was a great Father and a great husband. My father made sure that we were well taken care of no matter what, he would go with out if needed be.
My father made a horrible , yes HORRIBLE decision but in life you make decisions that sometimes take control of you and there is no turning back. The only person you can turn to after the fact is the Lord almighty. I know he is VERY sorry for what he has done and he will have to take that up with the man above ,but here I believe and hope that you can see it from him how horrible he feels for what he has done. I hope that you can give him a chance to prove himself to you, and the the society that he is in progress of lots of changes. This will have to come overtime, I understand that.

I believe that their was so much going on in my fathers life that this was like a, if you will, "Safe Goat". My mother was on her death bed basically, my father was taking care of my youngest brother , my Father was taking care of my grandpa that was a invalid and Mother and Father where in the middle of a divorce... etc..etc.. I believe the amount of stress became such a burden. The only way he could get away from that was to communicate with Lara. My Father didn't believe in seeing a counselor or talking about his feelings to make things better, or seem better for the moment.

My Father has told me many times how he wishes he would have listened to me, or not gone, or not made this mistake or dealt with his stress another way. He knows what he did and he will NEVER EVER forget it. I know he thinks if the

shoes where on the other foot he would be in so much pain and hurt. So I am most certain he feels how Lara's Mother feels. I honestly believe and KNOW in my heart that my Father will NEVER make this or any mistake like this again in his life. I know that he has had a lot of time to think about this and I am most certain he doesn't want another day to go by that he isn't able to see his 3 grandchildren, 2 of them that he hasn't even met ,along with his children , son in law and daughter in law. My Father loves his family just as well as any other man would , to not be able to just reach out and give a hug when in need has to hurt.

In closing I would like to say that I will ALWAYS be here for my Father no matter what. I will do what it takes to help him with this process. God and Family is what you need in rough times like this. I know my Father has done a lot since he has been incarcerated to help him cope with his actions.
I hope that you can see this and understand that deep down he is a great man , just that he got caught up in a ring of fire and apparently had no exit he felt.
I love my dad and always will. I hope that he can seek some sort of counseling to help with this.

    Tressa Benner

From: iwendykq@aol.com  
Date: December 22, 2011 7:12:46 AM PST  
To: Kelly_wellman@fd.org  
Subject: Bradford Allen Mitchell - my brother

Dear Kelly and whomever it may concern,

I am sending this letter to let everyone know how much I love my brother, Brad. While I do not condone anything that is illegal or immoral, I DO love my brother very much and I believe that he is able to learn from this and straighten out his life to become the productive member of society that he is meant to be. We were very close growing up, singing songs and playing music on the piano together. He has always been very loving to me and my children. He was outcasted by members of my family for many years, which was always painful for me to see, so I always reached out to him and his family to make them feel loved and just as important as anyone one else. They didn't have much money and had alot of children to care for. They were always seated far away from everyone at family get togethers, so I would purposely move myself and my family to whereever they were seated, because I wanted them to know they were important to me, and that it did not go unnoticed by me the treatment he and his familly were getting from their own family.

Brad has a good heart. He messed up, but I believe he is able to turn his life around for the better.

Wendy Vergon  
████████████████████████  
Fort Wayne, IN 46804